UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

RODNEY PICOTT and DOUGLAS HARLE,

                Plaintiffs,

- against -

SARA CHATMON, CHRIS GIACOPELLI,
CAPTAIN ANTHONY OVCHINNIKOFF, Individually,
CHIEF MICHAEL SULLIVAN, Individually and in
his official capacity, AMANDA DOTY, Individually,
FORMER CHIEF PETER NOONAN, Individually and in
his official capacity, ROBERT MAHON, Individually and
in his official capacity, and TOWN OF CLARKSTOWN

                Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/25/13

**OPINION AND ORDER**

12 Civ. 07202 (ER)

Ramos, D.J.:

    For the reasons set forth on the record, Defendants' Motion to Sever is GRANTED. Discovery in the two cases will remain consolidated for Magistrate Judge Lisa M. Smith's supervision. The parties are directed to inform the Court of the status of the cases within thirty (30) days of this Order—that is, on or before October 25, 2013.

    The Clerk of the Court is respectfully directed to terminate the motion. (Doc. 17.)

It is SO ORDERED.

Dated:    September 25, 2013
             New York, New York

                                          Edgardo Ramos, U.S.D.J.